# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: TRUST OF MARILYN MIHORDIN, DECEASED

PETITION OF: LYNDA J POZZUTO AND MICHAEL L. POZZUTO

: No. 336 WAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.